IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

GERI ASHWORTH, ET AL : CIVIL ACTION
:
: NO. 02-4783
VS. :
:

BAYER CORP., ET AL

## ORDER

AND NOW, this 24th of JULY, 2002, in accordance with the court's procedure for random reassignment of cases, it is hereby,

**ORDERED** that the above captioned case is reassigned from the calendar of the Honorable Harvey Bartle, III to the Honorable Cynthia M. Rufe.

FOR THE COURT:

JAMES T. GILES
Chief Judge

ATTEST:

_____
MICHAEL E. KUNZ
Clerk of Court